

| | | | |
|---|---|---|---|
| Com. v. Harris ....................... | 1814 MDA 2015 <br> Affirmed | 08/23/2016 | CP–54–CR–0000150– <br> 2014 <br> (Schuylkill) |
| In re Estate of Sangiuliano ............ | 2182 MDA 2015 <br> Quashed | 08/23/2016 | 2015–00411 <br> (Lackawanna) |
| Com. v. Davis ........................ | 2202 MDA 2015 <br> Affirmed | 08/23/2016 | CP–22–CR–0003275– <br> 2006 <br> (Dauphin) |
| In re N.M.D.; Appeal of E.S. ........... | 90 MDA 2016 <br> Affirmed | 08/23/2016 | 1709 of 2015 <br> (Lancaster) |
| In the Interest of: N.D. ................ | 97 MDA 2016 <br> Affirmed | 08/23/2016 | CP–36–DP–0000251– <br> 2014 <br> (Lancaster) |
| In re Relinquishment of J.D. ........... | 501 MDA 2016 <br> Affirmed | 08/23/2016 | A–87–2015 <br> (Lackawanna) |
| Com. v. Jolly [25] ...................... | 61 WDA 2015 <br> Affirmed | 08/23/2016 | CP–02–CR–0016851– <br> 2013 <br> (Allegheny) |
| Com. v. Wilson ...................... | 661 WDA 2015 <br> Affirmed | 08/23/2016 | CP–02–CR–0008824– <br> 2008 <br> (Allegheny) |
| Com. v. Espenlaub ................... | 1212 WDA 2015 <br> Affirmed | 08/23/2016 | CP–07–CR–0002429– <br> 2014 <br> (Blair) |
| Stepanovich v. Stepanovich ........... | 1324 WDA 2015 <br> Affirmed | 08/23/2016 | Case No. 37706, Pacses <br> 278115067 <br> (Butler) |
| Com. v. Guzman ..................... | 267 WDA 2016 <br> Remanded <br> Jurisdiction <br> Retained | 08/23/2016 | CP–25–CR–0000461– <br> 2010 <br> (Erie) |
| Com. v. Yates ....................... | 1245 EDA 2014 <br> Quashed | 08/24/2016 | CP–46–CR–0007278– <br> 2007 <br> (Montgomery) |
| Com. v. Schonfeld [26] ................. | 390 EDA 2015 <br> Affirmed | 08/24/2016 | CP–23–CR–0007738– <br> 2013 <br> (Delaware) |
| Com. v. Simpson ..................... | 1346 EDA 2015 <br> Affirmed | 08/24/2016 | CP–39–CR–0001139– <br> 2012 <br> (Lehigh) |
| Com. v. Harris ....................... | 1901 EDA 2015 <br> Affirmed | 08/24/2016 | CP–51–CR–0903241– <br> 2002 <br> (Philadelphia) |
| Com. v. Qudoos ...................... | 1983 EDA 2015 <br> Affirmed | 08/24/2016 | CP–51–000497–2015 <br> (Philadelphia) |
| Com. v. Chick ....................... | 2381 EDA 2015 <br> Affirmed | 08/24/2016 | CP–51–CR–0403371– <br> 2005 <br> (Philadelphia) |

**25.** Petition for reargument denied November 03, 2016.
**26.** Petition for reargument denied October 25, 2016.